NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1400

STATE OF LOUISIANA

VERSUS

RANDOLPH J. ARD

* * * * * * *
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, DOCKET NO. CR-90-02
HONORABLE HERMAN I. STEWART, PRESIDING

* * * * * * *
SYLVIA R. COOKS
JUDGE
* * * * * * *

Court composed of Sylvia R. Cooks, Marc T. Amy and Elizabeth A. Pickett, Judges.

AFFIRMED.

Karen G. Arena
110 Veterans Memorial Blvd.
Suite 222
Metairie, LA 70005
Telephone: (504) 828-6870
COUNSEL FOR DEFENDANT:
 Randolph J. Ard


Hon. David W. Burton
District Attorney, Beauregard Parish
P.O. Box 99
DeRidder, LA 70634
Telephone: (337) 463-5578
COUNSEL FOR APPELLEE:
 State of Louisiana